■ In the Matter of the COMMISSIONER OF SOCIAL SERVICES OF THE COUNTY OF ERIE, FRED BUSCAGLIA, Appellant, v DAVID C. HENRY, Respondent.—Order unanimously reversed, on the law, without costs, and motion denied. Memorandum: Family Court improperly directed petitioner to comply with respon-

dent's demand for a further bill of particulars since the demand sought evidentiary matters rather than particulars of petitioner's claim *(see,* 6 Carmody-Wait 2d, NY Prac § 36:3, at 182; *Bassett v Bando Sangsa Co.,* 94 AD2d 358, 359, *appeal dismissed* 60 NY2d 962; *Medaris v Vosburgh,* 93 AD2d 882; *Singer Warehouse & Trucking Corp. v Duskin,* 87 AD2d 770, 771). (Appeal from order of Erie County Family Court, Notaro, J.—discovery.) Present—Denman, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.